**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **SCOTT EGGERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CIVIL NO. 16-cv-109-CJP[1]** |
| | ) |
| **CAROLYN W. COLVIN,  Acting** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM AND ORDER**

**Proud, Magistrate Judge:**

This matter is now before the Court on the parties' Stipulation to Remand to the Acting Commissioner Pursuant to Sentence Four of 42 U.S.C. §405(g). **(Doc. 23)**.

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order.  See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).  Upon a sentence four remand, judgment should be entered in favor of plaintiff.   *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c).  See, Doc. 11.

The parties agree that, upon remand, "an ALJ will hold a new administrative hearing; further evaluate and weigh the opinion evidence of record; evaluate Plaintiff's maximum residual functional capacity; if warranted, obtain supplemental vocational expert evidence; and issue a new decision."

The Court recognizes that the agency has a full docket.  However, plaintiff's application for benefits has been pending since October 2012, and the Appeals Council took over a year to deny review.  (Tr. 1, 15).  Therefore, the Court urges the Commissioner to expedite this case on remand to the extent possible.

For good cause shown, the parties' parties' Stipulation to Remand **(Doc. 23)** is **APPROVED** and **GRANTED**.

The final decision of the Commissioner of Social Security denying Scott Eggers' application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  August 5, 2016.**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**