IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT EGGERS,            )
                         )
      Plaintiff,       )
                         )
vs.                      )   Civil No.  16-cv-109-CJP
                         )
CAROLYN W. COLVIN, Acting)
Commissioner of Social Security, )
                         )
      Defendant.       )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 24), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Scott Eggers and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:   8/5/2016

                                                JUSTINE FLANAGAN
                                                **Acting Clerk of Court**

                                                BY: s/ Reid Hermann
                                                            Deputy Clerk

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**